| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DYK, TIMOTHY B. | 2. Court or Organization FEDERAL CIRCUIT | 3. Date of Report 05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 717 MADISON PLACE, N.W. WASHINGTON, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Dyk_Timothy_B

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $384.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | UNIVERSITY OF MICHIGAN |
| 2. 2008 | GERMAN MARSHALL FUND |
| 3. 2008 | CENTER FOR AMERICA PROGRESS ACTION FUND |
| 4. 2008 | THE BROOKINGS INSTITUTION |
| 5. 2008 | GEORGE MASON UNIVERSITY |
| 6. | |
| 7. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. MID ATLANTIC CHAPTER OF THE REUBEN CLARK L AW SOCIETY | 03/05/2008 | WASHINGTON DC | AWARD LUNCHEON | MEAL |
| 2. JOINT PATENT PRACTICE CLE INC JPPCLE / CO-SPO NSOR NYIPLA | 04/30/2008 | NEW YORK , NY | KEYNOTE SPEAKER | TRANSPORTATION, MEAL |
| 3. GEORGETOWN UNIVERS | 10/07/2008 | WASHINGTON, DC | MOOT COURT TOUR | MEAL |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

| ITY OF LAW | | | NAMENT | |
|---|---|---|---|---|
| 4. NEW YORK INTELLECUAL PROPERTY LAW ASSOCIATION (NYIPLA) | 03/28/2008 | NEW YORK, NY | 86TH ANNUAL DINNER | TRANSPORTATION, LODGING, MEALS |
| 5. FEDERAL CIRCUIT BAR ASSOCIATION (FCBA) | 11/21/2008 | WASHINGTON, DC | 24TH ANNUAL DINNER | MEAL |
| 6. DC CIRCUIT HISTORICAL SOCIETY | 10/14/2008 | WASHINGTON, DC | PANEL / DISCUSSION | MEAL |
| 7. AMERICAN UNIVERSITY WASHINGTON COLLEGE OF LAW | 10/25/2008 | WASHINGTON, DC | MOOT COURT BANQUET | MEAL |
| 8. AUSTIN INTELECTUAL PROPERTY LAW ASSOCIATION (AUSTIN AIPLA) | 11/07/2008 - 11/08/2008 | AUSTIN, TX | KEYNOTE SPEAKER | TRANSPORTATION, LODGING, MEALS |
| 9. GEORGE MASON UNIVERSITY SCHOOL OF LAW AND THE UNIVERSITY OF TEXAS SCHOOL OF LAW | 11/14/2008 | ALEXANDRIA, VA | USPTO PANEL / DISCUSSION | MEAL |
| 10 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATIONN (AIPLA) | 10/24/2008 | WASHINGTON, DC | ANNUAL MEETING | MEAL |
| 11 ASSOCIATION OF FORMER LAW CLERKS OF CAFC | 10/23/2008 | WASHINGTON, DC | ANNUAL DINNER | MEAL |
| 12. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($331,600) | | None | N | S | | | | | |
| 2. CARLYLE FUND | | None | M | T | | | | | |
| 3. CARLYLE FUND | | None | | | Buy (add'l) | 01/28 | K | | |
| 4. CARLYLE FUND | | None | | | Buy (add'l) | 03/19 | K | | |
| 5. CARLYLE FUND | | None | | | Buy (add'l) | 07/11 | K | | |
| 6. CARLYLE FUND | | None | | | Buy (add'l) | 10/07 | K | | |
| 7. CITIBANK BK DPT | A | Interest | J | T | | | | | |
| 8. CHICAGO. ILL G/O ST UNIV REV | B | Interest | | | Redeemed | 12/01 | K | | |
| 9. FAIRFAX CNTY VA G/O | A | Interest | | | Redeemed | 06/02 | K | | |
| 10. FARMINGTON MICH CMNTY LIB | A | Interest | | | Redeemed | 05/01 | K | | |
| 11. JEFFERSON CNTY ALA BRD ED SCH | A | Interest | | | Redeemed | 02/15 | K | | |
| 12. SAGIMAW CNTY MICH COMP | A | Interest | | | Redeemed | 06/02 | K | | |
| 13. HIGH POINT NC G/O | A | Interest | K | T | | | | | |
| 14. UTAH HSG CORP SINGLE FAM | B | Interest | K | T | | | | | |
| 15. ORLANDO FLA CAP | A | Interest | K | T | | | | | |
| 16. PHOENIX AZ G/O | A | Interest | K | T | | | | | |
| 17. WACHOVIA SEC MM BANK DEPOSIT SWEEP | A | Interest | | | Transferred (to line 18) | 02/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD MM | A | Interest | L | T | Transferred (from line 17) | 02/11 | | | |
| 19. WACHOVIA - 6000 (MONEY MARKET) BANK DEPOSIT SERVICES | A | Interest | | | Transferred (to line 18) | 03/19 | | | |
| 20. U.S. TREASURY BILL 1/15/09 | A | Interest | O | T | Buy | 10/15 | O | | |
| 21. BANK OF AMERICA (COMMON STOCK) | C | Dividend | K | T | | | | | |
| 22. NUVEEN MUNICPAL VALUE FUND | D | Int./Div. | M | T | Sold (part) | 10/22 | M | | |
| 23. VANGUARD INTER-TERM TAX EX FUND INV | E | Dividend | | | Sold | 10/15 | O | | |
| 24. VANGUARD MONEY MARKET FUND T/E | D | Dividend | O | T | | | | | |
| 25. VANGUARD LTD - TERM TAX EX INV | E | Dividend | | | Sold | 10/09 | O | | |
| 26. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | J | T | Buy | 01/18 | J | | |
| 27. BRIGHT PT INC (COMMON STOCK) | | None | J | T | Buy | 01/18 | J | | |
| 28. HARRIS INTERACTIVE INC (COMMON STOCK) | | None | J | T | Buy | 01/18 | J | | |
| 29. OSI SYSTEMS INC (COMMON STOCK) | | None | J | T | Buy | 01/18 | J | | |
| 30. POWERWAVE TECH INC (COMMON STOCK) | | None | J | T | Buy | 01/18 | J | | |
| 31. SIRONA DENTAL SYSTEMS INC (COMMON STOCK) | | None | J | T | Buy | 01/18 | J | | |
| 32. TETRATECH INC (COMMON STOCK) | | None | J | T | Buy | 01/18 | J | | |
| 33. UNITED NATURAL FOODS (COMMON STOCK) | | None | J | T | Buy | 01/18 | J | | |
| 34. VALERO ENERGY CORP (COMMON STOCK) | A | Dividend | K | T | Buy | 05/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VALERO ENERGY CORP (COMMON STOCK) | | None | | | Buy (add'l) | 10/09 | K | | |
| 36. VALERO ENERGY CORP (COMMON STOCK) | | None | | | Sold (part) | 12/15 | K | | |
| 37. WATTS WATER TECH (COMMON STOCK) | A | Dividend | J | T | Buy | 01/18 | J | | |
| 38. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | Buy | 02/19 | J | | |
| 39. WACHOVIA SECURITIES - IRA | B | Dividend | | | Transferred (to line 42) | 02/11 | P1 | | |
| 40. VANGUARD IRA #4 | E | Dividend | O | T | Transferred (from line 41) | 02/11 | P1 | | |
| 41. - JAPAN FUND | | | | | | | | | |
| 42. - KAISER ALUMINUM CORP (COMMON STOCK) | | | | | | | | | |
| 43. - WILLIAMS COM GR INC. NOTES | | | | | | | | | |
| 44. - CHESAPEAKE ENERGY | | | | | Sold | 02/20 | M | E | |
| 45. - US TREAS NOTES 05/15/08 | | | | | Redeemed | 05/15 | O | | |
| 46. - RYDEX INVERSE GOVT BD FUND | | | | | Sold (part) | 04/07 | L | | |
| 47. - RYDEX INVERSE GOVT BD FUND | | | | | Sold (part) | 04/23 | N | | |
| 48. - I SHARES MSCI JAPAN | | | | | | | | | |
| 49. - I SHARES MSCI S. KOREA | | | | | Buy (add'l) | 08/19 | K | | |
| 50. - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |
| 51. - U.S. TREAS BILL 03/06/08 | | | | | Redeemed | 03/06 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -US TREAS BILL 03/20/08 | | | | | Redeemed | 03/20 | N | | |
| 53. - EVERGREEN US GOV& SEC (MONEY MARKET) | | | | | Transferred (to line 56) | 02/11 | | | |
| 54. -VANGUARD MM | | | | | Transferred (from line 55) | 02/11 | M | | |
| 55. - DOW CHEMICAL (COMMON STOCK) | | | | | Buy | 10/20 | K | | |
| 56. -GANNETT CO (COMMON STOCK) | | | | | Buy | 04/21 | L | | |
| 57. -GANNETT CO (COMMON STOCK) | | | | | Buy (add'l) | 07/14 | K | | |
| 58. - GENERAL ELECTRIC CO (COMMON STOCK) | | | | | Buy | 03/05 | K | | |
| 59. - GENERAL ELECTRIC CO (COMMON STOCK) | | | | | Buy (add'l) | 04/11 | L | | |
| 60. - GENERAL ELECTRIC CO (COMMON STOCK) | | | | | Buy (add'l) | 07/11 | K | | |
| 61. - INTEL CORP (COMMON STOCK | | | | | Buy | 12/08 | K | | |
| 62. - NY TIMES CO (COMMON STOCK) | | | | | Buy | 07/21 | L | | |
| 63. - PACKAGING CORP OF AMERICA (COMMON STOCK) | | | | | Buy | 04/14 | L | | |
| 64. - WORTHINGTON INDUSTRIES (COMMON STOCK) | | | | | Buy | 09/29 | K | | |
| 65. - CAPITAL TRUST INC (COMMON STOCK) | | | | | Buy | 09/16 | K | | |
| 66. - SEQUOIA FUND | | | | | Buy | 05/01 | L | | |
| 67. - EATON VANCE FLOATING RATE INCOME TRUST | | | | | Buy | 03/31 | K | | |
| 68. - EATON VANCE FLOATING RATE INCOME TRUST | | | | | Buy (add'l) | 08/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - LEGGETT & PLATT (COMMON STOCK) | | | | | Buy | 03/17 | K | | |
| 70. - LEGGETT & PLATT (COMMON STOCK) | | | | | Sold | 03/18 | K | A | |
| 71. VANGUARD IRA - #1 | E | Dividend | N | T | | | | | |
| 72. -JULIUS BAER INTL EQUITY FUND II | | | | | | | | | |
| 73. - DODGE & COX INT FUND | | | | | | | | | |
| 74. - FIDELITY JAPAN SM CO FUND | | | | | | | | | |
| 75. - CHESAPEAKE ENERGY (COMMON STOCK) | | | | | Buy | 10/10 | J | | |
| 76. - CHEVERON (COMMON STOCK) | | | | | Buy | 10/10 | L | | |
| 77. - CHEVERON (COMMON STOCK) | | | | | Sold | 12/11 | L | E | |
| 78. - I SHARES JAPAN INDEX FUND | | | | | | | | | |
| 79. - JAPAN FUND | | | | | | | | | |
| 80. -AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | | | | | |
| 81. - RYDEX INVERSE S&P FUND | | | | | Sold | 01/02 | M | D | |
| 82. - HUSSMAN STRATEGIC GROWTH FUND | | | | | Sold | 09/25 | M | | |
| 83. - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 84. - WELLS FARGO (COMMON STOCK) | | | | | Buy | 05/21 | K | | |
| 85. - WELLS FARGO (COMMON STOCK) | | | | | Buy (add'l) | 06/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - WELLS FARGO(COMMON STOCK) | | | | | Sold | 10/03 | L | E | |
| 87. - VANGUARD ADMIRAL TREAS MM | | | | | | | | | |
| 88. - CAPITAL TRUST (COMMON STOCK) | | | | | Sold | 03/26 | L | | |
| 89. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 90. - VANGUARD MKT NEUTRAL FUND | | | | | Buy | 01/08 | M | | |
| 91. - VANGUARD MKT NEUTRAL FUND | | | | | Sold | 09/25 | M | | |
| 92. VANGUARD IRA #2 | E | Dividend | O | T | | | | | |
| 93. -VANGUARD MONEY MARKET | | | | | | | | | |
| 94. - FIDELITY INV TRUST JAPAN SMALL CO FUND | | | | | | | | | |
| 95. - DODGE & COX INT FUND | | | | | | | | | |
| 96. -WACHOVIA (COMMON STOCK) | | | | | Sold | 10/03 | J | | |
| 97. -VALERO ENERGY (COMMON STOCK) | | | | | Buy (add'l) | 05/02 | K | | |
| 98. -VALERO ENERGY (COMMON STOCK) | | | | | Buy (add'l) | 07/21 | K | | |
| 99. - AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | | | | | |
| 100. -WHOLE FOODS (COMMON STOCK) | | | | | Buy (add'l) | 12/11 | K | | |
| 101. - CITIGROUP (COMMON STOCK) | | | | | | | | | |
| 102. -LUMINENT (COMMON STOCK) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 104. -ARKANSAS BEST (COMMON STOCK) | | | | | Sold (part) | 03/24 | L | E | |
| 105. -ARKANSAS BEST (COMMON STOCK) | | | | | Sold (part) | 07/21 | K | E | |
| 106. - DODGE & COX STOCK FUND | | | | | Buy | 02/26 | K | | |
| 107. - SEQUOIA FUND | | | | | Buy | 05/01 | L | | |
| 108. - FAIRHOLME FUND | | | | | Buy | 01/02 | M | | |
| 109. - EATON VANCE FLOATING RATE INC TRUST FUND | | | | | Buy | 02/25 | K | | |
| 110. - EMERSON ELECTRIC (COMMON STOCK) | | | | | Buy | 09/15 | K | | |
| 111. - GOOGLE (COMMON STOCK) | | | | | Buy | 02/07 | L | | |
| 112. - GOOGLE (COMMON STOCK) | | | | | Buy (add'l) | 07/18 | K | | |
| 113. - THIRD AVENUE INTERNATIONAL VALUE FUND | | | | | Buy | 02/26 | K | | |
| 114. - CHEVERON (COMMON STOCK) | | | | | Buy | 09/15 | L | | |
| 115. - CHEVERON (COMMON STOCK) | | | | | Sold | 12/16 | L | | |
| 116. - WELLS FARGO (COMMON STOCK) | | | | | Buy | 05/21 | K | | |
| 117. - WELLS FARGO (COMMON STOCK) | | | | | Buy (add'l) | 06/16 | K | | |
| 118. - WELLS FARGO (COMMON STOCK) | | | | | Sold | 10/08 | L | E | |
| 119. - DUPONT (COMMON STOCK) | | | | | Buy | 01/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - DUPONT (COMMON STOCK) | | | | | Sold | 06/02 | K | C | |
| 121. - CAPITAL TRUST (COMMON STOCK) SEE SECTION VIII FOR DETAILS | | | | | Sold | 03/26 | L | | |
| 122. VANGUARD IRA # 3 | E | Dividend | M | T | | | | | |
| 123. - VANGUARD MM FUND | | | | | | | | | |
| 124. -YRC WORLDWIDE (COMMON STOCK) | | | | | Sold (part) | 05/19 | L | D | |
| 125. - RYDEX INVERSE S&P FUND | | | | | Sold | 01/02 | M | A | |
| 126. -EATON VANCE FLOATING RATE FD | | | | | | | | | |
| 127. - ARKANSAS BEST CORP (COMMON STOCK) | | | | | Buy | 01/11 | K | | |
| 128. - WRTHINGTON IND (COMMON STOCK) | | | | | Buy | 01/23 | K | | |
| 129. - WRTHINGTON IND (COMMON STOCK) | | | | | Sold | 06/16 | K | E | |
| 130. - McCLATCHY CO (COMMON STOCK) | | | | | Buy | 01/28 | L | | |
| 131. - SPIDER REGIONAL BANK FUND | | | | | Buy | 06/02 | L | | |
| 132. - SPIDER REGIONAL BANK FUND | | | | | Sold (part) | 09/22 | K | D | |
| 133. - FAIR POINT COMMUNICATIONS (COMMON STOCK) | | | | | Buy | 06/16 | K | | |
| 134. - CBS, INC (COMMON STOCK) | | | | | Buy | 11/03 | K | | |
| 135. - INTEL CORP (COMMON STOCK) | | | | | Buy | 11/11 | K | | |
| 136. TD WATERHOUSE IRA #1 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - SPEC SIT EQUITY FUND | | | | | | | | | |
| 138. TD WATERHOUSE IRA #2 | A | Dividend | M | T | | | | | |
| 139. -SPEC SIT LIFE SCIENCES FUND | | | | | | | | | |
| 140. CHARLES SCHWAB IRA | D | Dividend | N | T | | | | | |
| 141. -FIRST EAGLE OVERSEAS FUND | | | | | Sold (part) | 08/19 | K | | |
| 142. -FIRST EAGLE OVERSEAS FUND | | | | | Sold (part) | 09/04 | K | | |
| 143. -FIRST EAGLE US VALUE FUND CL I | | | | | Buy | 12/17 | K | | |
| 144. - MATTHEWS ASIAN GROWTH & INCOME FUND | | | | | Sold (part) | 07/08 | J | | |
| 145. - MATTHEWS ASIAN GROWTH & INCOME FUND | | | | | Sold (part) | 09/18 | J | | |
| 146. -TROWE PRICE CAPITAL APP FUND | | | | | Sold (part) | 01/18 | K | | |
| 147. -TROWE PRICE CAPITAL APP FUND | | | | | Buy | 08/19 | K | | |
| 148. -AMERICAS FD INCOME FUND | | | | | Sold | 01/18 | K | | |
| 149. -JANUS CONTRARIAN FUND | | | | | Buy (add'l) | 01/22 | K | | |
| 150. -JANUS CONTRARIAN FUND | | | | | Sold | 07/11 | K | | |
| 151. -JP MORGAN M/C NEUTRAL INS FUND | | | | | Buy (add'l) | 01/22 | K | | |
| 152. -JP MORGAN M/C NEUTRAL INS FUND | | | | | Sold | 07/07 | L | | |
| 153. - SCHWAB GOVT MONEY FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - DREYFUS PREMIER HEALTH CARE FUND CL A | | | | | Buy | 08/11 | K | | |
| 155. - DREYFUS PREMIER HEALTH CARE FUND CL A | | | | | Sold | 10/09 | K | | |
| 156. - FAIRHOLME FUND | | | | | Buy | 02/19 | K | | |
| 157. - FAIRHOLME FUND | | | | | Buy (add'l) | 03/11 | K | | |
| 158. - FAIRHOLME FUND | | | | | Sold | 11/20 | K | | |
| 159. - ISHARES RUSSELL 1000 RUSSELL 1000 VALUE | | | | | Buy | 10/03 | L | | |
| 160. - ISHARES RUSSELL 1000 RUSSELL 1000 VALUE | | | | | Sold | 10/09 | L | | |
| 161. - ISHARES RUSSELL 2000 RUSSELL 2000 GROWTH | | | | | Buy | 07/21 | K | | |
| 162. - ISHARES RUSSELL 2000 RUSSELL 2000 GROWTH | | | | | Sold | 09/16 | K | | |
| 163. - ISHARES TRUST INDEX FTSE XIN HUA HK CHINA | | | | | Buy | 08/27 | K | | |
| 164. - ISHARES TRUST INDEX FTSE XIN HUA HK CHINA | | | | | Sold | 09/04 | K | | |
| 165. - JP MORGAN HIGHBRIDGE STATISTICAL MKT NEUTRAL SELE | | | | | Buy | 07/07 | L | | |
| 166. - JP MORGAN HIGHBRIDGE STATISTICAL MKT NEUTRAL SELE | | | | | Sold | 09/18 | L | | |
| 167. - JP MORGAN HIGHBRIDGE STATISTICAL MKT NEUTRAL SELE | | | | | Buy | 12/19 | K | | |
| 168. - MID CAP SPPDR TRUST UNIT SER 1 | | | | | Buy | 07/21 | K | | |
| 169. - MID CAP SPPDR TRUST UNIT SER 1 | | | | | Sold | 09/16 | K | | |
| 170. - POWERSHS QQQ TRUST SER 1 | | | | | Buy | 10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - POWERSHS QQQ TRUST SER 1 | | | | | Sold | 10/23 | K | | |
| 172. - RYDEX STRENGTHENING DOLLAR 2 X STRATEGY FUND | | | | | Buy | 09/29 | K | | |
| 173. - RYDEX STRENGTHENING DOLLAR 2 X STRATEGY FUND | | | | | Sold (part) | 10/30 | K | C | |
| 174. - RYDEX STRENGTHENING DOLLAR 2 X STRATEGY FUND | | | | | Sold (part) | 12/11 | K | | |
| 175. - SPDR TRUST UNIT SR1 EXPIRING ON 01/22/2118 | | | | | Buy | 10/13 | K | | |
| 176. - SPDR TRUST UNIT SR1 EXPIRING ON 01/22/2118 | | | | | Buy (add'l) | 11/13 | K | | |
| 177. - SPDR TRUST UNIT SR1 EXPIRING ON 01/22/2118 | | | | | Sold (part) | 11/20 | K | | |
| 178. - TOUCHSTONE HEALTHCARE & BIOTECHNOLOGY FUND | | | | | Buy | 01/22 | K | | |
| 179. - TOUCHSTONE HEALTHCARE & BIOTECHNOLOGY FUND | | | | | Sold | 03/07 | K | | |
| 180. MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 181. ING LIFE INS | C | Dividend | M | T | | | | | |
| 182. PNC BANK WASH DC | A | Interest | K | T | | | | | |
| 183. US BONDS | C | Interest | M | T | | | | | |
| 184. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2) LINE ITEM 121 SOLD ON 03/26(L).  THIS WAS INADVERTENTLY OMMITED FROM THE PRIOR YEAR'S REPORT AS A BUY ON 11/07(L).

3) TRANSFERS FROM IRA ACCOUNTS TO THRIFT SAVINGS PLAN ACCOUNTS NOT SHOWN.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544